UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-------------------------------------------
                                          )
DARREN GERBER, Plaintiff                  )
                                          )
V.                                        )    Civil Action No. 1:09-cv-10603-PBS
                                          )
3SCORE, INC. and PAUL HODGE,              )
Defendants                                )
-------------------------------------------
```

NOTICE OF DEFENDANT 3SCORE, INC'S
FILING OF BANKRUPTCY

The undersigned counsel for the only remaining defendant in this action, 3Score, Inc., hereby serves notice that on June 28, 2010 3Score, Inc. filed a Petition in Bankruptcy under Chapter 7, in the U.S. Bankruptcy Court for the District of Oregon, Bankruptcy Petition #10-36085-tmb7, thereby triggering the Automatic Stay Provision of the Bankruptcy Code. Simon v. Navon, 116 F.3d 1, 4 (1st Cir. 1997), citing Parker v. Bain, 68 F.3d 1131, 1135-36 (9th Cir. 1995).

By its attorneys,

Joseph F. Ryan BBO# 435720
Lyne Woodworth & Evarts LLP
12 Post Office Square
Boston, MA 02109
Telephone 617/523-6655 - Telecopy 617/248-9877
E-mail: Jryan@LWELaw.com

Certificate of Service

I certify that I served the foregoing Notice by emailing a copy thereof to plaintiff's counsel of record, Attorney Miles Siegel, prior to efiling with the Court.

June 29, 2010                       _____
                                    Joseph F. Ryan BBO #435720